UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMES EDWARD SCOTT, III, | Case No. 3:23-cv-00278-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MILLER, *et al.*, | |
| Defendants. | |

Pro se Plaintiff James Edward Scott, III is formerly an inmate in the custody of the Nevada Department of Corrections ("NDOC") and brings this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 37 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 30 ("Motion")) and enter judgment in favor of Defendants. Plaintiff had until September 17, 2025 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends granting Defendants' motion because Defendants argued that Plaintiff did not receive dialysis on March 27, 2022, which was a Sunday, and Defendants provided evidence in the form of Plaintiff's medical records showing that Plaintiff did not suffer harm from the alleged refusal to allow Plaintiff to take off his jacket before being weighed at his dialysis appointment. (ECF No. 37 at 5, 6.) Judge Denney also reviewed the record and

noted that there are no records that the dialysis staff requested that Plaintiff be reweighed without a jacket. (*Id.* at 6.) Moreover, Plaintiff did not respond to Defendants' motion and has thus not raised a genuine dispute of material fact as to whether he suffered harm from alleged deliberate indifference. (*Id.*) The Court will adopt Judge Denney's R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 37) is accepted and adopted in full.

The Clerk of Court is directed to enter judgment accordingly.

DATED THIS 24th Day of September 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE